# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FORT SMITH DIVISION

DAVID B. CASE                                                              PLAINTIFF

v.                              Case No. 2:16-CV-2256

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                             DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc. 11) from United States Magistrate Judge Erin L. Wiedemann. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

**IT IS SO ORDERED** this 1st day of February, 2018.

/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE